AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MONICA R. WILLIAMS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV421-151

MORGAN CORPORATION, DONNIE GAY,
STAN MOORE, and MICHAEL
MCCORMICK,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on January 27, 2022, the Report and Recommendation of this Magistrate Judge is Adopted as the opinion of this Court.

Therefore, this civil action is Dismissed and stands Closed.

| 1/27/2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *signature* |
| | (By) Deputy Clerk |



GAS Rev 10/2020